UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARRELL HUNT, 20051-040,

    Petitioner,        Case No. 25-11991

v.                Judge Mark A. Goldsmith

ERIC RARDIN WARDEN,      Magistrate Judge Kimberly G. Altman

    Respondent(s).
_____/

## ORDER TO CORRECT DEFICIENCY

 Petitioner has filed a petition for writ of habeas corpus, but has failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*. See 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases.

 **IT IS ORDERED** that Petitioner shall submit the $5.00 filing fee <u>or</u> an original and one copy of a completed, signed and dated application to proceed *in forma pauperis* within 21 days from the date of this order. Failure to do so may result in dismissal of this action. A copy of the *in forma pauperis* application is enclosed.

Date: July 9, 2025           s/David R. Grand
                    David R. Grand
                    United States Magistrate Judge

---

### Certificate of Service

 I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: July 9, 2025           s/M. Sylvester
                    Deputy Clerk