United States District Court
Eastern District of Michigan

Darrell Hunt,

    Petitioner,

v.

Eric Rardin Warden,

    Respondent.

Civil No. 25-11991

Honorable Mark A. Goldsmith

## Appearance

Notice is given that Sarah Alsaden, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of Eric Rardin in the above-captioned case.

    JEROME F. GORGON JR.
    United States Attorney

    s/Sarah Alsaden
    Sarah Alsaden
    Assistant U.S. Attorney
    211 W. Fort St., Ste. 2001
    Detroit, MI  48226
    (313) 226-9146
    Sarah.Alsaden@usdoj.gov
    P86185

Date:  August 7, 2025

## Certificate of Service

I hereby certify that on August 7, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

>Darrell Hunt 20051-040
>Milan Federal Correctional Institution
>P.O. Box 1000
>Milan, MI 48160

>s/ Sarah Alsaden
>Sarah Alsaden
>Assistant U.S. Attorney
>211 W. Fort St., Ste. 2001
>Detroit, MI  48226
>(313) 226-9146
>Sarah.Alsaden@usdoj.gov
>P86185