UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL HUNT 20051-040

V

ERIC RARDIN, WARDEN

Case No. 25-CV-11991

Honorable Mark A. Goldsmith

FILED
OCT 22 2025
CLERK'S OFFICE
DETROIT

PETITIONER'S RESPONSE TO GOVERNMENTS OPPOSITION
OF HIS §2241

On July 27, 2018, the BOP wrote the federal sentencing judge to get his opinion on whether to designate the state institution for service of his federal sentence. This letter was not only very misleading but should highly concern this court. The petitioner has never asked for such a designation. The BOP mislead the sentencing judge by saying the records the BOP has does not indicate whether the state intended for the state sentence to run concurrently with the federal sentence. This is not true. The recommendation from the poral board stated "Due to the lengthy sentence imposed by the federal courts, this board recommends the state sentence of 15 months and discharge from state supervision to be deferred to the federal sentencing court. See EX1, EX2. This letter was in possession of the BOP but never giving to the sentencing judge or even mentioned in the letter asking for his opinion. Giving the impression the petitioner is asking for a designation decision. The petitioner was sentenced to 180 months in federal prison. Prior to that sentence all charges in the state were dropped. The petitioner is asking that his parol violation resulting from his

1

federal conviction be run concurrent with his federal sentence. The determination of whether multiple sentences are to be run concurrent or consecutive is a judicial function. See Setser V United States, 566 U.S 231. The BOP may calulate time served or adjust release dates, but they do not have any statutory or constitutional authority to determine the order of sentence service. Any reliance on an administrative determination that effectively alter the consecutive or concurrent nature of a sentence constitutes an improper delegation of judicial power and violates due process. It doesn't matter how the BOP words the process to which they use. It ultimately effected the nature of the petition's sentence.

Petitioner has filed a rule 60(b) motion to the sentencing judge Honorable Robert J Jonker. In that motion the letter from the state parol board was provided to get his opinion with all the facts in hand.

## CONCLUSION

For reasons stated above petitioner's §2241 should be granted.

By (Darrell C. Hunt) all rights reserved without prejudice
Darrell Hunt #20051-040
FCI MILAN
PO BOX 1000
Milan MI, 48160

2

MICHIGAN DEPARTMENT OF CORRECTIONS  
PAROLE VIOLATION REPORT

CFJ-110-A  
Rev. 6/01

| INSTITUTION: | MDOC Nbr.: | NAME (Last, First) | REPORT DATE: | PREPARED BY: | PHONE: |
|---|---|---|---|---|---|
| Muskegon/Muskegon /Parole/REP | 495019 | HUNT, DARRELL CHRISTOPHER | 10/03/2016 | [redacted] | (231) 728-3926 |

| TYPE OF REPORT: | | RECOMMENDATION: |
|---|---|---|
| ☐ TECHNICAL ☐ SUPPLEMENTAL | | Defer Parole Violation Decision, Reinstate Parole and Discharge |
| ☒ FELONY ☐ SPECIAL INVESTIGATION | | |

| VIOLATION DATE: | ACTION WHICH CONSTITUTED VIOLATION ON THIS DATE: | ARREST DATE: |
|---|---|---|
| 09/12/2015 | 03 - Not leave state | 09/13/2015 |

| DATE AVAILABLE: | PLACE OF CUSTODY: |
|---|---|
| 9/21/16 | Newaygo County Jail |

DISTRIBUTION:

| PAROLE TERM: | 12/09/2014 | TO | 03/09/2018 | PMX: | 04/09/2055 | AMX: | |
|---|---|---|---|---|---|---|---|
| SUPERVISION LEVEL: | Warrant Status | | | RISK LEVELS: | Property Risk Middle/Assaultive Risk Very Low | | |

## SUPPLEMENTAL PAROLE VIOLATION REPORT

### NARRATIVE OF ADDITIONAL VIOLATIONS

**Availability:** Subjcet became available to the MDOC on 9/21/16.

**Court Information:** In regards to docket 1:16-CR-08-01, Possession with intent to distribute unspecified quantities of Cocaine and Herion, the United States District Court Western District of Michign sentenced the subject to 180 months prison (15 year), followed by 6 years federal supervision.

### RECOMMENDATION

Subject took a plea deal in Federal Court for 180 months prison followed by 6 years supervision.

Due to the lengthy sentence imposed by the federal court this agent recommends our decision be deferred to the federal court and that he be reinstated and discharged from supervision.

Rev. JF 10/3/2016

495019 - HUNT, DARRELL CHRISTOPHER  
Page 1 of 1  
01/26/2018 15:11:50



**STATE OF MICHIGAN**
**DEPARTMENT OF CORRECTIONS**
LANSING

RICK SNYDER
GOVERNOR

HEIDI WASHINGTON
DIRECTOR

Darrell Hunt, Fed.Reg.#20051-040
FCI-Terre Haute
PO Box 33
Terre Haute, IN 47808

Dear Mr. Hunt:

This letter is a response to your correspondence dated 8/03/2018. The term of your parole was from 12/07/2016-03/07/2018. You were given a 15 month parole by the Parole Board. Unfortunately your file is no longer here in Lansing, so I am unable to get you a copy of the actual order.

I trust this answers your request.


Kim Ebnit
Michigan Dept of Corrections
Interstate Compact Unit
Grandview Plaza
PO Box 30003
Lansing, MI 48909

