UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL HUNT,

       Petitioner,

v.                                     Case No. 25-CV-11991
                                      HON. MARK A. GOLDSMITH

ERIC RARDIN,

       Respondent,

_____/

## **JUDGMENT**

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                             By:   s/Joseph Heacox
                                              DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2025